MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04-00087 MHP |
|     Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING DATE |
| LATRICE MINOR, ) | |
|     Defendant. ) | |

    The United States and the defendant Latrice Minor submit this stipulation and proposed order to continuing the February 10, 2011 hearing in this matter to February 28, 2011, at 10:00 a.m. The parties stipulate as follows:

    1.    The defendant Latrice Minor is scheduled to make an appearance on February 10, 2011. This hearing is not on the Court's regular calendar. In addition, defense counsel is unavailable for the hearing.

///

///

///

///

///

STIP. & [PROPOSED] ORDER RE-SETTING HEARING DATE
CR 04-00087 MHP

2. The parties jointly request that the Court re-set the February 10, 2011 hearing for February 28, 2011 at 10:00 a.m.

SO STIPULATED.

DATED: February 9, 2011     MELINDA HAAG
                            United States Attorney


                            _____/s/_____
                            KYLE F. WALDINGER
                            Assistant United States Attorney


DATED: February 9, 2011     _____/s/_____
                            GAIL SHIFMAN
                            Counsel for the defendant LATRICE MINOR

## [PROPOSED] ORDER

For the reasons stated above, the parties' joint request that the February 10, 2011 hearing be continued to February 28, 2011 at 10:00 a.m. is GRANTED.

DATED:   February 10, 2011    _____
                              MARILYN HALL PATEL
                              United States District

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

STIP. & [PROPOSED] ORDER RE-SETTING HEARING DATE
CR 04-00087 MHP                                                          -2-